Or. send

FILED
CLERK, U.S. DISTRICT COURT
JUL 13 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )  Case No.: 07CR202-DOC-t21
        Plaintiff, )
    vs. ) ORDER OF DETENTION
Gerardo Hendrix )  [Fed. R. Crim. P. 32.1(a)(6);
        Defendant. )  18 U.S.C. § 3143(a)]

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____C D CA_____ for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

    The Court finds that:

A. (✓) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _no evid submitted by ∆; nature of charges, including_ _PS Inadequate_ _harry_

1   *absconded; no bail resources; no indication of*
2   *residential stability*
3
4   and/~~or~~
5   B.   (✓) The defendant has not met his/~~her~~ burden of establishing by
6   clear and convincing evidence that he/~~she~~ is not likely to pose
7   a danger to the safety of any other person or the community if
8   released under 18 U.S.C. § 3142(b) or (c). This finding is based
9   on: *R's inadequate* ~~no~~ *evidence by △; extensive drug usage history*
10
11
12
13
14   IT THEREFORE IS ORDERED that the defendant be detained pending
15   the further revocation proceedings.
16
17   Dated:  7/13/10
18
19                                    _____
20                                    UNITES STATES MAGISTRATE JUDGE